**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1881**

ARLETTA J. KUROWSKI, Mother retired tribal leader; DANIEL D. KUROWSKI HAWK, Full Time PH D Student; DEBRA J. KUROWSKI, Custodian Oneida Nation Casino; DONNA M. KUROWSKI-GALVAN, Caretaker of her mother Arletta Kurowski,

               Plaintiffs - Appellants,

     v.

BRIAN KUROWSKI; NORMA J. KUROWSKI, Estate of,

               Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Timothy M. Cain, District Judge. (8:19-cv-01494-TMC)

Submitted: January 23, 2019                  Decided: January 27, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arletta J. Kurowski, Daniel D. Kurowski Hawk, Debra J. Kurowski, Donna M. Kurowski-Galvan, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arletta Kurowski, Daniel Kurowski Hawk, Debra Kurowski, and Donna Kurowski-Galvan appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their complaint without prejudice for lack of jurisdiction, pursuant to the *Rooker-Feldman* doctrine and the probate exception to federal jurisdiction. *See Dist. Of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923); *Graham Shopping Ctr., LLC v. Estate of Kirsch*, 777 F.3d 678, 680-81 (4th Cir. 2015). We have reviewed the record and find no reversible error. We therefore affirm for the reasons stated by the district court. *Kurowski v. Kurowski*, No. 8:19-cv-01494-TMC (D.S.C. July 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*